in the consideration or decision of this petition.

No. 89–704. KROZSER, ADMINISTRATOR OF THE ESTATE OF KROZSER *v.* CONNECTICUT. Sup. Ct. Conn. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 89–741. PRICE *v.* VIKING PENGUIN, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 89–5666. LACKLAND *v.* J. C. PENNEY CO. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 89–749. PLAYTEX FAMILY PRODUCTS CORP. *v.* ST. PAUL SURPLUS LINES INSURANCE CO. ET AL. Sup. Ct. Kan. Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–784. SWANSON *v.* ELMHURST CHRYSLER PLYMOUTH, INC. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–854. SILVERMAN, ADMINISTRATRIX, ESTATE OF SILVERMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.